David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Diahann Pozos-Maletta*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIAHANN POZOS-MALETTA,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; WESTERN FEDERAL CREDIT UNION and NORDSTROM/TD BANK USA,<br><br>Defendants. | Case No.: 2:20-cv-00242-JCM-NJK<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO TRANS UNION, LLC'S MOTION TO DISMISS**<br><br>(First Request) |

DIAHANN POZOS-MALETTA ("Plaintiff") hereby requests and moves this Honorable Court for an extension of time to file a response to Defendant TRANS UNION, LLC's ("TransUnion") Motion to Dismiss Plaintiff's Complaint and Memorandum of Points and Authorities in Support ("Motion to Dismiss") from March 12, 2020 to **March 30, 2020**. The Motion to Dismiss was filed on February 27, 2020 and appears on the docket as ECF #5.

The reason for the request is David Krieger has left the law firm of Haines & Krieger, LLC and started his own law firm, Krieger Law Group. Plaintiff desires to retain Krieger Law Group but it will

take some time to obtain the case files from Haines & Krieger, LLC and file a Substitution of Counsel. Plaintiff has communicated with TransUnion's counsel and Defendant TransUnion has stipulated and agreed to Plaintiff's request for an extension. This is Plaintiff's first request and has not been submitted for the purpose of delay or other impermissible purpose.

Dated: Dated March 11, 2020.

Submitted by:                                             No Opposition:

*/s/ Shawn W. Miller*                                      */s/ Jennifer Bergh*
David H. Krieger, Esq.                                    Jennifer Bergh, Esq.
Shawn W. Miller, Esq.                                     QUILLING SELANDER LOWNDS
KRIEGER LAW GROUP, LLC                                    WINSLETT & MOSER, P.C.
2850 W. Horizon Ridge Pkwy., Suite 200                    6900 N. Dallas Parkway, Suite 800
Henderson, Nevada 89052                                   Plano, Texas 75024
*Attorneys for Plaintiff Cory Antflick*                   *Attorneys for Defendant Trans Union LLC*

## ORDER GRANTING EXTENSION OF TIME

IT IS SO ORDERED.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

                                                          Dated: March 12, 2020

# CERTIFICATE OF SERVICE

I declare under penalty of perjury that on March 11, 2020 I served copies of the following documents:

- **MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO TRANS UNION, LLC'S MOTION TO DISMISS**

by e- mail to the person named below at the address stated below for such person:

Jennifer Bergh, Esq
bergh@qslwm.com

Jeremy J. Thompson, Esq
jthompson@clarkhill.com

Trevor Waite, Esq
twaite@alversontaylor.com

Kurt Bonds, Esq
kbonds@alversontayor.com

Tyson E Hafen, Esq
tehafen@duanemorris.com

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is a true and correct statement and that this Certificate was executed on the aforementioned date above.

Signed: /s/ Graham Waring
An employee of Krieger Law Group, LLC