**JENNIFER BERGH**
jbergh@qslwm.com
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan St., Suite 1800
Dallas, TX 75201
(214) 560-5460
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

**\*\*Designated Attorney for Personal Service\*\***
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DIAHANN POZOS-MALETTA,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, WESTERN FEDERAL CREDIT UNIONS and NORDSTROM/TD BANK USA,<br><br>Defendants. | Case No. 2:20-cv-00242-JCM-NJK<br><br>**DEFENDANT TRANS UNION LLC'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

Defendant Trans Union LLC ("Trans Union"), by counsel, files its Second Unopposed Motion for Extension of Time to Reply to Plaintiff's Response to Defendant's Motion to Dismiss and would respectfully show the Court as follows:

### I. BACKGROUND

1. On February 4, 2020, Plaintiff Diahann Pozos-Maletta ("Plaintiff") filed an original complaint ("Complaint"). In response, Trans Union filed its Motion to Dismiss Plaintiff's Complaint, Dkt. 5.

2. Plaintiff then filed a Response in Opposition to Trans Union LLC's Motion to Dismiss Complaint on March 30, 2020, Dkt 22. Trans Union's deadline to reply to Plaintiff's Response is April 20, 2020.

### II. RELIEF REQUESTED

3.      Trans Union seeks a 14-day extension of the deadline to file its Reply to Plaintiff's Response.

4.      Good cause exists for Defendant's extension as Trans Union needs additional time to review the numerous arguments made in Plaintiff's 11-page Response, to analyze the case law cited therein, and to prepare its Reply.

5.      Plaintiff is not opposed to the requested extension and no party will be prejudiced thereby. The extension is not requested for delay and will not impact any other deadline in the Court's Scheduling Order.

Wherefore, Trans Union respectfully requests this Court issue an Order extending the deadline for Trans Union to file its Reply to Plaintiff's Response to May 4, 2020.

Dated this 20th day of April 2020.

| /s/ Shawn W. Miller | /s/ Jennifer Bergh |
|---|---|
| **SHAWN W. MILLER** | **JENNIFER BERGH** |
| smiller@kriegerlawgroup.com | jbergh@qslwm.com |
| **DAVID H. KRIEGER** | Nevada Bar No. 14480 |
| dkrieger@hainesandkrieger.com | **QUILLING SELANDER LOWNDS** |
| **KRIEGER LAW GROUP, LLC** | **WINSLETT & MOSER, P.C.** |
| 2850 W. Horizon Ridge Pkwy., Suite 200 | 2001 Bryan St., Suite 1800 |
| Henderson, NV 89052 | Dallas, TX 75201 |
| (702) 848-3855 | (214) 560-5460 |
| *Counsel for Plaintiff* | (214) 871-2111 Fax |
| | *Counsel for Trans Union LLC* |

**IT IS SO ORDERED** April 22, 2020.

_____
UNITED STATES DISTRICT JUDGE

4224726.2

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April 2020, I electronically filed **DEFENDANT TRANS UNION LLC'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will then send a notification of such to the following counsel of record:

| | |
|---|---|
| Shawn W. Miller<br>smiller@kriegerlawgroup.com<br>David H. Krieger<br>dkrieger@hainesandkrieger.com<br>Krieger Law Group, LLC<br>2850 W. Horizon Ridge Pkwy., Suite 200<br>Henderson, NV 89052<br>(702) 848-3855<br>**Counsel for Plaintiff** | Jeremy J. Thompson<br>jthompson@clarkhill.com<br>Clark Hill PLLC<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>(702) 862-8300<br>(7020 862-8400 Fax<br>**Counsel for Equifax Information Services, LLC** |
| Brett P. Ryan<br>Brett.Ryan@UnifyFCU.com<br>7935 W. Sahara Ave., Suite 201<br>Las Vegas, NV 89117<br>(310) 783-5957<br>**Counsel for Western Federal Credit Union** | Tyson E Hafen<br>tehafen@duanemorris.com<br>Duane Morris LLP<br>100 North City Pkwy., Suite 1560<br>Las Vegas, NV 89106<br>(702) 868-2655<br>(702) 385-6862 Fax<br>**Counsel for Nordstrom and TD Bank USA** |

　　　　　　　　　　　　　　　　　*/s/ Jennifer Bergh*
　　　　　　　　　　　　　　　　　**JENNIFER BERGH**

4224726.2

3