David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Diahann Pozos-Maletta*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIAHANN POZOS-MALETTA,<br><br>Plaintiff(s),<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; WESTERN FEDERAL CREDIT UNION; NORDSTROM/TD BANK USA,<br><br>Defendant(s). | Case No.: 2:20-cv-00242-JCM-NJK<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO WESTERN FEDERAL CREDIT UNION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

Diahann Pozos-Maletta ("Plaintiff") and Western Federal Credit Union ("WFCU") hereby jointly move this Honorable Court allowing an extension of time for Plaintiff to file a response to Defendant Western Federal Credit Union's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6); Memorandum of Points and Authorities ("Motion to Dismiss").

The Motion to Dismiss was filed on May 14, 2020 and appears on the docket as ECF #38. Plaintiff's current deadline to respond to the Motion to Dismiss is May 28, 2020. Plaintiff requests and WFCU does not oppose an extension of time for Plaintiff to respond to the Motion to Dismiss to **June 15, 2020**.

The reason for the request is because Plaintiff's counsel needs additional time to examine and evaluate the arguments and legal analysis set forth in the Motion to Dismiss, weigh and consider the sustainability of the case and to fully respond to the Motion to Dismiss. This is Plaintiff's first request for an extension. WFCU has agreed to the extension of time and will not be prejudiced by the extension.

Dated:  Dated May 28, 2020.

Submitted by:

/s/ Shawn W. Miller
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy., Suite 200
Henderson, Nevada 89052
*Attorneys for Plaintiff*

No Opposition:

/s/ Brett P. Ryan
Brett P. Ryan, Esq.
UNIFY Financial Federal CU
7935 W. Sahara Avenue
Suite 201
Las Vegas, NV  89117
**Attorneys *Western Federal Credit Union***

### ORDER GRANTING EXTENSION OF TIME

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: June 1, 2020

-2-