**JENNIFER BERGH**
jbergh@qslwm.com
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan St., Suite 1800
Dallas, TX 75201
(214) 560-5460
(214) 871-2111 Fax
*Counsel for Trans Union LLC*

\*\*Designated Attorney for Personal Service\*\*
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DIAHANN POZOS-MALETTA,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, WESTERN FEDERAL CREDIT UNIONS and NORDSTROM/TD BANK USA,<br><br>Defendants. | Case No. 2:20-cv-00242-JCM-NJK<br><br>**DEFENDANT TRANS UNION LLC'S FIFTH UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

Defendant Trans Union LLC ("Trans Union"), by counsel, files its Fifth Unopposed Motion for Extension of Time to Reply to Plaintiff's Response to Defendant's Motion to Dismiss and would respectfully show the Court as follows:

**I.   BACKGROUND**

1. On February 4, 2020, Plaintiff Diahann Pozos-Maletta ("Plaintiff") filed an original complaint ("Complaint"). In response, Trans Union filed its Motion to Dismiss Plaintiff's Complaint, Dkt. 5.

2. Plaintiff then filed a Response in Opposition to Trans Union LLC's Motion to Dismiss Complaint on March 30, 2020, Dkt 22. Trans Union's deadline to reply to Plaintiff's Response is June 1, 2020.

## II. RELIEF REQUESTED

3. Trans Union seeks a 14-day extension of the deadline to file its Reply to Plaintiff's Response.

4. Good cause exists for Defendant's extension as Trans Union needs additional time to review the numerous arguments made in Plaintiff's 11-page Response, to review the case law cited therein, and to prepare its Reply. In addition, Plaintiff and Defendant TransUnion have been actively engaged in settlement discussions and believes there is a good chance the matter will be imminently resolved without the need to incur additional costs and expenses. Settlement negotiations have required additional time as a result of COVID-19 and the related delays caused as all parties adjust to working remotely, which include but are not limited to difficulty accessing necessary documents. The Plaintiff and Defendant are close to settlement and do not anticipate any further request for an extension. This is Defendant's fourth request.

5. Plaintiff is not opposed to the requested extension and no party will be prejudiced thereby. The extension is not requested for delay and will not impact any other deadline in the Court's Scheduling Order.

Wherefore, Trans Union respectfully requests this Court issue an Order extending the deadline for Trans Union to file its Reply to Plaintiff's Response to June 15, 2020.

Dated this 1st day of June 2020.

| | |
|---|---|
| */s/ David H. Krieger* | */s/ Jennifer Bergh* |
| **SHAWN W. MILLER** | **JENNIFER BERGH** |
| smiller@kriegerlawgroup.com | jbergh@qslwm.com |
| **DAVID H. KRIEGER** | Nevada Bar No. 14480 |
| dkrieger@hainesandkrieger.com | **QUILLING SELANDER LOWNDS** |
| **KRIEGER LAW GROUP, LLC** | **WINSLETT & MOSER, P.C.** |
| 2850 W. Horizon Ridge Pkwy., Suite 200 | 2001 Bryan St., Suite 1800 |
| Henderson, NV 89052 | Dallas, TX 75201 |
| (702) 848-3855 | (214) 560-5460 |
| *Counsel for Plaintiff* | (214) 871-2111 Fax |
| | *Counsel for Trans Union LLC* |

IT IS SO ORDERED  June 3. 2020

_____
HONORABLE JAMES C. MAHAN
UNITED STATE DISTRICT JUDGE

2

4224726.2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of June 2020, I electronically filed **DEFENDANT TRANS UNION LLC'S FIFTH UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will then send a notification of such to the following counsel of record:

Shawn W. Miller
smiller@kriegerlawgroup.com
David H. Krieger
dkrieger@hainesandkrieger.com
Krieger Law Group, LLC
2850 W. Horizon Ridge Pkwy., Suite 200
Henderson, NV 89052
(702) 848-3855
***Counsel for Plaintiff***

Jeremy J. Thompson
jthompson@clarkhill.com
Clark Hill PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
(702) 862-8300
(7020 862-8400 Fax
***Counsel for Equifax Information Services, LLC***

Brett P. Ryan
Brett.Ryan@UnifyFCU.com
7935 W. Sahara Ave., Suite 201
Las Vegas, NV 89117
(310) 783-5957
***Counsel for Western Federal Credit Union***

Tyson E Hafen
tehafen@duanemorris.com
Duane Morris LLP
100 North City Pkwy., Suite 1560
Las Vegas, NV 89106
(702) 868-2655
(702) 385-6862 Fax
***Counsel for Nordstrom and TD Bank USA***

/s/ Jennifer Bergh
**JENNIFER BERGH**

4224726.2

3