UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DIAHANN POZOS-MALETTA, | Case No. 2:20-CV-242 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC., et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Pozos-Maletta v. Equifax Information Services LLC et al.*, case number 2:20-cv-00242-JCM-NJK. Plaintiff Diahann Pozos-Maletta sued five defendants: TD Bank USA, Nordstrom, Western Federal Credit Union, TransUnion LLC, and Equifax Information Services LLC. (ECF No. 1). On May 22, 2020, Pozos-Maletta voluntarily dismissed TD Bank USA and Nordstrom. (ECF No. 46).

On June 9, Pozos-Maletta and Equifax filed a joint motion to dismiss. (ECF No. 51). On June 15, Pozos-Maletta and Western Federal Credit Union, now known as Unify Financial Federal Credit Union, filed a joint motion to dismiss. (ECF No. 52). Both motions remain pending before the court, as does Western Federal Credit Union's motion to dismiss (ECF No. 38).

Also on June 15, Pozos-Maletta and TransUnion filed notice of settlement. (ECF No. 53). TransUnion's motion to dismiss remains pending. (ECF No. 5).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Pozos-Maletta and Equifax's joint motion to dismiss (ECF No. 51) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that Pozos-Maletta and Western Federal Credit Union's joint motion to dismiss (ECF No. 52) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that Western Federal Credit Union's motion to dismiss (ECF No. 38) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that TransUnion's motion to dismiss (ECF No. 5) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that TransUnion and Pozos-Maletta shall file, within 14 days of this order, dismissal documents or, in lieu thereof, a status report regarding their settlement.

DATED June 17, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -