UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DIAHANN POZOS-MALETTA, | Case No. 2:20-CV-242 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC., et al., | |
| Defendant(s). | |

Presently before the court is the matter *of Pozos-Maletta v. Equifax Information Services LLC et al.*, case number 2:20-cv-00242-JCM-NJK.

On June 17, 2020, this court granted the parties' joint motion to dismiss. (ECF No. 55). The parties were ordered to file dismissal papers within 14 days. The parties had earlier filed a notice of settlement. (ECF No. 53). No further action has occurred in this matter. The court now gives notice to the parties that it intends to close this matter.

The remaining claims and parties will be dismissed, and this case closed, on October 30, 2020, unless either party files a written objection by 5:00 p.m. on Thursday, October 29, 2020.

Accordingly,

IT IS SO ORDERED.

DATED October 21, 2020.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge