David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

**IN THE UNITED STATES DISCTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DIAHANN POZOS-MALETTA,<br><br>  Plaintiff,<br><br>  vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; WESTERN FEDERAL CREDIT UNION; NORDSTROM/TD BANK USA,<br><br>  Defendants. | Case No. 2:20-cv-00242-JCM-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

### **STIPULATION**

Plaintiff Diahann Pozos-Maletta and TransUnion, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41

…

…

…

…

…

…

Page **1** of **2**

a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: October 21, 2020

| By: | /s/ David Krieger, Esq.<br>David Krieger, Esq.<br>Nevada Bar No. 9086<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br>*Attorney for Plaintiff* | By: | /s/ Jennifer Bergh, Esq.<br>Jennifer Bergh, Esq.<br>Nevada Bar No. 14480<br>QUILLING SELANDER LOWNDS<br>WINSLETT & MOSER, P.C.<br>6900 N. Dallas Parkway<br>Suite 800<br>Plano, Texas 75024<br>*Attorney for Defendant* |

**<u>ORDER</u>**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: October 26, 2020